IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW J. HICKS,<br>[DOB 8-30-1990]<br><br>Defendant. | No. 24-3022-01-CR-S-BCW<br><br>COUNT 1<br>18 U.S.C. §§ 2252(a)(4) and (b)(2)<br>NMT 20 Years Imprisonment<br>NMT $250,000 Fine<br>NLT 5 Years or Life Supervised Release<br>Class C Felony<br><br>$100 Special Assessment<br><br>Restitution<br><br>$5000 JVTA Special Assessment |

## INFORMATION

### THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1

Beginning on an unknown date, but as early as May 24, 2022, and continuing through January 18, 2023, said dates being approximate, in Greene County, in the Western District of Missouri, **MATTHEW J. HICKS**, the defendant, did knowingly possess at least one matter which contains any visual depiction, which involved a prepubescent minor and a minor who had not attained 12 years of age, that had been mailed and shipped and transported in interstate commerce, and which contains materials which had been so mailed and shipped and transported by any means, including by computer, the production of which involved the use of

1

a minor engaging in sexually explicit conduct and which visual depiction was of such conduct, all in violation of Title 18, United States Code, Sections 2252(a)(4) and (b)(2).

Respectfully submitted,

**TERESA A. MOORE**
United States Attorney

/s/ Stephanie L. Wan
STEPHANIE L. WAN
Missouri Bar #58918
Assistant United States Attorney

DATED: 2-20-2024
Springfield, Missouri